IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR GASTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-465 |
| | ) | |
| v. | ) | Judge Christy Criswell Wiegand |
| | ) | Magistrate Judge Patricia L. Dodge |
| THE WASHINGTON OBSERVER REPORTER and SCOTT BEVERIDGE | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 5, 2022, the Magistrate Judge issued a Report (ECF No. 6), recommending that Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) be denied pursuant to 28 U.S.C. § 1915(e)(2)(B), that Plaintiff's motion to exclude statute of limitations (ECF No. 5) be denied as moot, and that the case be dismissed without prejudice for lack of subject matter jurisdiction. Service of the Report and Recommendation ("R&R") was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered: Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2), is hereby denied. Plaintiff's motion to exclude statute of limitations (ECF No. 5) is denied as moot. IT IS FURTHER ORDERED THAT the case is DISMISSED

2

without PREJUDICE for lack of subject matter jurisdiction, and the R&R, ECF No. 6, is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.


May 9, 2022                                                        /s/ Christy Criswell Wiegand
                                                                           CHRISTY CRISWELL WIEGAND
                                                                           United States District Judge


Cc:    Jamar Gaston
        862 Beach Street
        Apt. 323
        Washington, PA 15301